UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA M. D'ELIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 1:11-CV-3521 |
| | ) |
| THYSSENKRUPP ELEVATOR | ) |
| CORPORATION, and JOI SIMMONS | ) |
| And LISA GRAY, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS STATE LAW CLAIMS
## AGAINST DEFENDANTS GRAY AND SIMMONS

NOW COME DEFENDANTS THYSSENKRUPP ELEVATOR CORPORATION (hereinafter "TKE"), LISA GRAY (hereinafter "Gray") and JOI SIMMONS (hereinafter "Simmons") (collectively "Defendants") and submit this Motion to Dismiss Plaintiff's state law claims against Gray and Simmons pursuant to Fed. R. Civ. P. 12(b)(6), showing the Court the following:

1.

Plaintiff brought this employment action seeking to recover monetary damages and injunctive relief against Defendants under various theories of recovery.

1563652.1

2.

Plaintiff's complaint sets forth the following claims:

a) Title VII discrimination and retaliation against her employer TKE;

b) Invasion of privacy against individual supervisory Defendants Gray and Simmons;

c) Intentional infliction of emotional distress against Defendants Gray and Simmons; and

d) Defamation against only Defendant Simmons.

Plaintiff's claims for invasion of privacy, intentional infliction of emotional distress and defamation against Defendants Gray and Simmons should be dismissed because Plaintiff has failed to assert facts in her Complaint that establish the elements necessary to bring these claims against these defendants.

3.

Plaintiff's state law claims for invasion of privacy, intentional infliction of emotional distress, and defamation are subject to dismissal in their entirety for failure to state a claim upon which relief can be granted.

4.

Plaintiff's claim for invasion of privacy fails because the facts set forth in the Complaint, even if taken as true, do not support the required elements of the claim under Georgia law.

5.

Plaintiff's claim for intentional infliction of emotional distress fails because the facts set forth in the Complaint, even if taken as true, do not support the required elements of the claim under Georgia law.

6.

Plaintiff's claim for defamation fails because the facts set forth in the Complaint, even if taken as true, do not support the required elements of the claim under Georgia law.

7.

In support of their motion to dismiss, Defendants file a Memorandum of Law in Support.

WHEREFORE, Defendants THYSSENKRUPP ELEVATOR CORPORATION, LISA GRAY, and JOI SIMMONS, request that Plaintiff's state law claims contained in her Complaint be dismissed in their entirety as to all Defendants and that Defendants Gray and Simmons be dismissed from this action.

## FONT CERTIFICATION

Pursuant to LR 7.1D, NDGa, the undersigned hereby certifies that Defendants' motion and supporting memorandum were prepared using Times New Roman (14 point), as approved by LR 5.1B, NDGa.

This 20th day of January, 2012.

                                          Respectfully submitted,

                                         /s/ David R. Kresser
                                        David R. Kresser, Esq.
                                        Georgia Bar No. 429615
                                        Tiffani H. Casey, Esq.
                                        Georgia Bar No.: 358104
                                        FISHER & PHILLIPS LLP
                                        1075 Peachtree Street, NE
                                        Suite 3500
                                        Atlanta, GA  30309

                                        COUNSEL FOR DEFENDANTS

1563652.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA M. D'ELIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 1:11-CV-3521 |
| | ) |
| THYSSENKRUPP ELEVATOR | ) |
| CORPORATION, and JOI SIMMONS | ) |
| And LISA GRAY, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I certify that, on this 20th day of January, 2012, I electronically filed this **MOTION TO DISMISS STATE LAW CLAIMS AGAINST DEFENDANTS GRAY AND SIMMONS** using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

    Anthony M. Thomasson, Esq.
    P.O. Box 291
    Cartersville, GA  30120

    /s/ David R. Kresser
    David R. Kresser, Esq.

1563652.1