UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA M. D'ELIA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : FILE NO.: 1:11-CV-3521-SCJ-JFK |
| THYSSENKRUPP ELEVATOR CORPORATION, | : |
| | : |
| | : |
| Defendant. | : |

### NOTICE OF DEPOSITION OF PLAINTIFF LAURA M. D'ELIA

TO:   LAURA M. D'ELIA
c/o Anthony M. Thomasson
P. O. Box 291
Cartersville, GA  30120

PLEASE TAKE NOTICE that the Defendant will take the deposition of Plaintiff Laura M. D'Elia on Tuesday, July 31. 2012, beginning at 10:00 a.m., at the office of David R. Kresser, Fisher & Phillips LLP, 1075 Peachtree Street, N.E., Suite 3500, Atlanta, Georgia 30309, upon oral examination before a court reporter, notary public, or other officer authorized by law to administer oaths.

The oral examination will continue until completed or recessed for rescheduling.  The deposition is being taken for purposes of discovery, for use at

1598855.1

trial, and/or for all other purposes as are permitted under the applicable and governing rules.

This 19th day of July, 2012.

/s/ David R. Kresser
David R. Kresser
Georgia Bar No. 429615
FISHER & PHILLIPS LLP
1075 Peachtree St., NE
Suite 3500
Atlanta, GA  30309
(404) 231-1400 – Telephone
(404) 231-4249 - Facsimile
dkresser@laborlawyers.com

COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I further certify that, on July 19, 2012, I electronically filed this **NOTICE OF DEPOSITION OF PLAINTIFF LAURA M. D'ELIA** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

>Anthony M. Thomasson
>P. O. Box 291
>Cartersville, GA  30120
>Tony.thomasson@mail.com

>/s/ David R. Kresser
>David R. Kresser

1598855.1