EXHIBIT 3

Court Reporter Certificate of Non-Appearance and Invoice

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAURA M. D'ELIA,                )
                                )
    Plaintiff,                  )   CIVIL ACTION FILE NO.
                                )
vs.                             )   1:11-CV-3521-SCJ-JFK
                                )
THYSSENKRUP ELEVATOR            )
CORPORATION,                    )
                                )
    Defendant.                  )

CERTIFICATE OF NON-APPEARANCE OF LAURA M. D'ELIA

STATE OF GEORGIA
COUNTY OF FULTON

I, Julie Ann Jones, Certified Court Reporter, do hereby certify that I appeared at the offices of David R. Kresser of Fisher & Phillips LLP, 1075 Peachtree Street, N.E., Suite 3500, Atlanta, Georgia on Tuesday, July 31, 2012 for the scheduled deposition of Laura M. D'Elia, to have commenced at the hour of 10:00 a.m.

I further certify that David R. Kresser, Attorney for the Defendant, and Calvin Wright, Director, Employee Relations for ThyssenKrupp were also present at the above time and place. No appearance was made by Laura M. D'Elia and said deposition was adjourned at 10:45 a.m.

This 31st day of July, 2012.

_____
Julie Ann Jones
Certified Court Reporter
Certificate B-1974

JULIE ANN JONES REPORTING

**Invoice**

1579 Monroe Drive, Ste. F-331
ATLANTA, GEORGIA 30324
(404) 892-9391
EIN: 58-2511555

| Date | Invoice # |
|---|---|
| 8/1/2012 | 1590 |

| Bill To |
|---|
| FISHER & PHILLIPS, LLP<br>1500 Resurgens Plaza<br>945 East Paces Ferry Road<br>Atlanta, GA  30326<br>(404) 240-4249 (fax) |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| The Scheduled Deposition of LAURA M. D'ELIA (Certificate of NonAppearance)<br><br>IN RE:  LAURA M. D'ELIA  VS. THYSSENKRUPP ELEVATOR CORPORATION | 141.85 |

Thanks for the great depo work!  Hope to see you soon!

**Total**  $141.85