IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA M. D'ELIA, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:11-CV-3521-SCJ-JFK |
| THYSSENKRUPP ELEVATOR CORPORATION, et al., | |
| Defendant. | |

## SHOW CAUSE ORDER

On August 1, 2012, Defendant Thyssenkrupp Elevator Corp. filed a motion [Doc. 39] to dismiss and for sanctions pursuant to Fed. R. Civ. P. 37 and 41 based on Plaintiff Laura D'Elia's failure to appear at a properly noticed deposition on July 31, 2012. Although Defendant labeled the filing as a motion to dismiss, in reality the motion, filed in violation of the court's discovery guidelines and motion practice [Doc. 14], seeks dismissal as a sanction for violation of the federal rules regarding discovery, specifically Fed. R. Civ. P. 37(d), for failure to appear for Plaintiff's deposition.

While Defendant failed to comply with the court's guidelines in filing the motion without leave of court, if Plaintiff did fail to appear for her deposition, given the history of non-compliance with the court's orders and rules, as outlined by

Defendant in the motion [Doc. 39], that failure would support the imposition of sanctions, up to and potentially including dismissal of her complaint. Accordingly, it is hereby

**ORDERED** that Plaintiff, Plaintiff's counsel, Anthony Thomasson, and Defendant's counsel, David Richard Kresser, appear before the court on **WEDNESDAY, AUGUST 8, 2012, at 9:30 a.m.**, for Plaintiff to show cause why sanctions should not be imposed, which could include dismissal of the complaint, pursuant to Fed. R. Civ. P. 37(d) and 41. Plaintiff and counsel for Plaintiff are warned that failure to appear at the show cause hearing will result in a recommendation that the complaint be dismissed with prejudice.

**SO ORDERED** this 2nd day of August, 2012.

_/s/ Janet F. King_
JANET F. KING
UNITED STATES MAGISTRATE JUDGE